RAY *v.* RAY.

SIMMONS, C. J.  While there was strong circumstantial evidence to the effect that subsequently to the separation of the parties the wife had been guilty of adultery, there was also evidence to contradict this contention ; and it can not be said that the court abused its discretion in awarding the plaintiff temporary alimony and attorney's fees.

*Judgment affirmed. All the Justices concur.*

Submitted April 4,—Decided May 11, 1904.

Application for temporary alimony.  Before Judge Gary.  Richmond superior court.  January 23, 1904.

*Samuel F. Garlington*, for plaintiff in error.

*Johnson & Young* and *C. E. Dunbar*, contra.